# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**THOMAS FLETCHER ALLEN**                                                             **PLAINTIFF**
**ADC #159473**

v.                   **No: 4:25-cv-00358-JM-PSH**

**WELLPATH INC.,** *et al.*                                                       **DEFENDANTS**

## **ORDER**

      The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. In response to the Proposed Findings and Partial Recommendation, Plaintiff has filed a motion to dismiss WellPath, but adds "[I] still believe WellPath Inc. should be responsible for their employees' actions." After carefully considering the Plaintiff's motion and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT Allen's claims against Wellpath are dismissed without prejudice for failure to state a claim upon which relief may be granted.

      DATED this 2nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE