IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS FLETCHER ALLEN**                                          **PLAINTIFF**
**ADC #159473**

v.             No: 4:25-cv-00358-JM-PSH

**WELLPATH INC.,** *et al.*                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT preliminary relief is not warranted. Allen's motions (Doc. Nos. 7 & 25) are therefore DENIED.

DATED this 15th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE