**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**THOMAS FLETCHER ALLEN** **PLAINTIFF**
**ADC #159473**

**v.** **No: 4:25-cv-00358-JM-PSH**

**MARSHA MILLER, *et al*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 60). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT preliminary relief is not warranted. Allen's motion (Doc. No. 53) is therefore DENIED.

DATED this 28th day of July, 2026.

UNITED STATES DISTRICT JUDGE